UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATIONS: |
| JEFFREY BRITT, | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| Defendant. | |
| | 22 D.C. Code § 4503.04 (Unlawful Discarding a Firearm or Ammunition) |
| | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about June 28, 2025, within the District of Columbia, **JEFFREY BRITT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case No. 2009 CF1 024214, did unlawfully and knowingly possess a firearm, that is, a Glock 27 semi-automatic firearm, and did unlawfully possess ammunition, that is, .40 caliber cartridges, and did unlawfully and knowingly receive and possess such ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 28, 2025, within the District of Columbia, **JEFFREY BRITT**, did knowingly discard, throw, and deposit a firearm and ammunition in a place other than his dwelling, place of business, or land possessed by him.

**(Unlawful Discarding a Firearm or Ammunition**, in violation of Title 22, District of Columbia Code, Section 4503.04)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, **JEFFREY BRITT,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense(s).

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*Gauri Gopal*

GAURI GOPAL
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

3